IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TED R. ROHRENBACH, the Father of ARIC RICHARD SCOTT TRACY, Deceased,<br><br>       Plaintiff,<br><br>   v.<br><br>IDAHO DEPARTMENT OF JUVENILE CORRECTIONS, *et al.*,<br><br>       Defendants. | Case No.  CV 09-615-N-BLW<br><br>**ORDER** |

The Court has before it a Motion to Withdraw as Counsel (Docket No. 22). Counsel for Plaintiff requests to withdraw as counsel of record.

NOW THEREFORE IT IS HEREBY ORDERED that pursuant to District of Idaho Local Civil Rule 83.6, the Motion to Withdraw as Counsel (Docket No. 22) shall be, and the same is hereby GRANTED, and counsel is permitted to withdraw according to the following terms:

1.     Withdrawing counsel shall continue to represent Plaintiff, pursuant to the Court's Local Rule 83.6(c)(2) until proof of service of this Order on the client has been filed with the Court, or alternatively, until such time as Plaintiff notifies

**Order - 1**

the Court in writing that it has received the Court's Order.  The withdrawing attorney shall forthwith and with due diligence serve all other parties and either personally serve copies of the Order upon Plaintiff or mail the Order by first class mail, return receipt requested.

2.   Plaintiff shall have twenty-one (21) days from the filing of the proof of service by the withdrawing attorney to file written notice with the Court stating how and by whom he will be represented.

3.   Upon filing of proof of service on Plaintiff, no further proceedings can be had in this action that will affect Plaintiff's rights for a period of twenty-one (21) days.  If Plaintiff fails to appear in this action, either in person or through a newly appointed attorney within that twenty-one (21) day period, such failure shall be grounds for dismissal of Plaintiff's claims with prejudice without further notice.

DATED:  **June 10, 2010**

B. LYNN WINMILL
Chief U.S. District Court Judge

**Order - 2**