UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TED R. ROHRENBACH, the Father of ARIC RICHARD SCOTT TRACY, Deceased,<br><br>    Plaintiff,<br><br>    v.<br><br>IDAHO DEPARTMENT OF JUVENILE CORRECTIONS, *et al.*,<br><br>    Defendant. | Case No.  CV 09-615-S-BLW<br><br>**JUDGMENT** |

In accordance with the Court's Memorandum Decision and Order filed currently herewith,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Judgment be entered in favor of defendants, and that this case be dismissed in its entirety.

DATED:  **July 21, 2010**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge

**Judgment - 1**